ROMP ET AL., APPELLEES, v. HAIG, APPELLEE; BAUER COMPANY, APPELLANT.

[Cite as *Romp v. Haig* (1996), 77 Ohio St.3d 1219.]

(No. 95–2059—Submitted October 16, 1996—Decided December 11, 1996.)

*White, Getgey & Meyer Co., L.P.A.,* and *David P. Kamp,* for appellees Kenneth and Debbie Romp.

*Cuni, O'Brien & Ferguson Co., L.P.A., Thomas L. Cuni* and *Amy B. Schott Ferguson,* for appellee D. Thomas Haig.

*Dinsmore & Shohl, Steven H. Schreiber* and *Sara Simrall Rorer,* for appellant.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.